IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MARK EDELSBERG, individually
and on behalf of all others similarly situated

Plaintiffs,

v.

RAPID RESPONSE MONITORING
SERVICES, INC., a New York corporation

Defendant.

CASE NO.: 0:18-cv-61044-WPD

CLASS ACTION

## DEFENDANT, RAPID RESPONSE MONITORING SERVICES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

Defendant, Rapid Response Monitoring Services, Inc. (hereinafter "Defendant" or "Rapid Response"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), hereby files this Unopposed Motion for Extension of Time to respond to the Class Action Complaint [DE 1] filed by Plaintiffs Mark Edelsberg (individually "Edelsberg") and on behalf of all others similarly situated (collectively "Plaintiffs"), and in support thereof, states as follows:

1. On May 15, 2018, Plaintiffs served Defendant with their Class Action Complaint under the Telephone Consumer Protection Act ("TCPA") [DE 1].

2. Defendant's response to the Complaint is due on June 5, 2018.

3. Federal Rule of Civil Procedure 6(b)(1)(A) allows this Court to extend the time for Defendant to respond to the Complaint.

4. Undersigned counsel was recently retained in this matter. Due to scheduling conflicts and the press of other business matters, Defendant respectfully requests a brief

---

extension of time, up to and including June 25, 2018, to confer with Defendant and prepare its response to Plaintiffs' Complaint.

5. On June 4th and 5th, 2018, Defendant's counsel conferred with Plaintiffs' counsel, Manuel S. Hiraldo, Esquire, regarding the requested extension of time and Mr. Hiraldo advised that Plaintiffs have no objection to the requested extension of time.

6. Undersigned counsel represents to this Court that this Motion is not being interposed for purposes of delay or harassment and, should the Court grant the relief requested herein, Plaintiffs will not be unduly prejudiced.

7. A copy of the proposed Agreed Order is attached hereto as Exhibit "A."

WHEREFORE, Defendant, Rapid Response Monitoring Services, Inc., respectfully requests that this Court grant it an extension of time, through and including June 25, 2018, within which to file its response to Plaintiffs' Class Action Complaint, together with such other and further relief this Court deems just and proper.

Respectfully Submitted,

**BUCHANAN INGERSOLL & ROONEY, PC**
100 S. E. Second Street
Miami Tower, Suite 3500
Miami, Florida  33131
Telephone: (305) 347-4087
Facsimile:  (305) 347-4089

By: */s/ Jennifer Olmedo-Rodriguez*
Jennifer Olmedo-Rodriguez, Esq.
Florida Bar No. 605158
Jennifer.olmedo-rodriguez@bipc.com

*Counsel for Defendant, Rapid Response Monitoring Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5th, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served either via transmission of Notices of Electronic Filing generated by CM/ECF this day upon Plaintiffs' Counsel, **Manuel S. Hiraldo, Esq.,** Hiraldo, P.A., 401 E. Las Olas Blvd., Suite 1400, Ft. Lauderdale, FL 33301 (mhiraldo@hiraldolaw.com); **Ignacio J. Hiraldo, Esq.,** IJH Law, 14 NE First Avenue, 10th Floor, Miami, FL 33132 (ijhiraldo@ijhlaw.com); and **Andrew J. Shamis, Esq.**, Shamis & Gentile, P.A. 14 NE 1st Avenue, Suite 400, Miami, FL 33132 (ashamis@shamisgentile.com)

*/s/ Jennifer Olmedo-Rodriguez*
BUCHANAN INGERSOLL & ROONEY, PC